# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Kyle W. Shirley | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Donald W. Washington & Merrick B. Garland | ) |
| *Defendant(s)* | ) |

Case Number: 21·CV-841·SPM
(To be supplied by Clerk's Office)

# EMPLOYMENT
# DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against Donald W. Washington & Merrick B. Garland
[defendant(s)] for discrimination as set forth below.

Plaintiff ○ DOES ⊙ DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff:
Kyle W. Shirley
651 Woodburn Rd.
Brighton, IL 62012

Name and Address of Defendant(s):
Donald W. Washington
Director United States Marshals Service
Attn: Director Washington
Office of the Director of the United States Marshals Service
Washington DC 20530-0001

and

Merrick Garland
Attorney General of the United States of America
950 Pennsylvania Ave NorthWest
Washington DC 20530

(Rev. 4/2010)                    -1-

The plaintiff was:

    ○   denied employment by the defendant(s).

    ○   hired and is still employed by the defendant(s).

    ◉   employed but is no longer employed by the defendant(s).

The alleged discrimination began on or about: <u>January 23, 2020</u>    (give month, day, and year).

## II. JURISDICTION

1.    Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐   **Sex** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☐   **Race** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)

    ☐   **Age** (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☑   **Disability** (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐   **National Origin** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☐   **Religion** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☑   **Other** (list): <u>Title VII of the Civil Rights Act Retaliation for filing an EEOC complaint.</u>

2.    Plaintiff ◉ Has ○ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

Plaintiff ○ Has ◉ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

3.    Plaintiff's Right to Sue Notice from the EEOC was received on or about <u>4/27/2021-</u> (date). **[Attach a copy of Notice of Right to Sue to this complaint]**.

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The United States Marshals Service (USMS) denied Plaintiff Kyle W. Shirley his request for his retirement badge, credentials and Law Enforcement Officer Safety Act (LEOSA) Identification Card (LEOSA ID Card). The LEOSA is also 18.U.S.C.ss926C(c). Mr. Shirley is a medically retired Criminal Investigator Deputy United States Marshal and a firearms instructor. The EEOC Complaint was Request No. 2021001736, Appeal No. 2020005301 and Agency No. USM-2020-00695 and names Attorney General Merrick B. Garland as the Defendant.

## IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

On or about July 01, 2019 Mr. Shirley sent an emial to Ryan Morris, Assistant Chief Inspector, Internal Affairs, Office of Professional Responsibilty requesting the issuance of his retirement badge, credentials and LEOSA ID Card. Mr. Shirley was informed he was denied by Donald W. Washington the current director and informed it was because the previous acting director denied them.

 Mr. Shirley was told the previous denial was becasue he was not considered to be in good standing because of a singular derogatory statement made on a private USMS employee Facebook page and because his retirement was a forced medical retirement due to a line-of-duty injury.

The LEOSA specifically states separation caused by a service connected disability is covered and is not a reason to deny issuance.

Mr. Shirley has mutliple examples of other current and retired Deputy United States Marshals who have made similar and worse derogatory statements directed at other deputies, the director, the agency as a whole, the President of the United States the Vice President of the United States and other elected, appointed officials as well as career employees who are still considered to be in good standing.

Mr. Shirley believes the actual reason he was denied his retirment badge, credentials and LEOSA ID Card are because he didn't want a medical retirement and fought against it to include filing EEOC complaints. One of which was because the USMS denied him reasonable accommodations because he was an operational employee and when Mr. Shirley questioned the practice to the Chief of EEOC who is in charge of reasonable accommodations (Katrina E. Queen, Chief, Affirmative Employment Programs, Office of Equal Employment Opportunity, United States Marshals Service) she advised him to contact the Office of EEO Complaints, which he did.

Because Mr. Shirley was denied for two reasons, one which is a reason to issue, not deny the LEOSA ID Card, according the wording in the Law Enforcement Officers Safety Act; the second was an action which is regularly practiced and accepted by many others in the same or a similar situation who are not denied and are considered to be in good standing by the USMS. It is this disparate treatment which Mr. Shirley believes will prove the denial is based on his protected status of previously filing EEOC Complaints.

## V.  RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).

- ☐ An award of back pay
- ☐ Reinstatement to Plaintiff's old position
- ☑ Costs of suit (but not attorney fees)
- ☑ An award of money damages
- ☑ Other (explain below)

Plaintiff seeks the issuance of his USMS Retirement badge(s), credentials and shadow box as well as his USMS issued LEOSA ID Card.  Plaintiff also seeks court costs and the maximum compensatory and punitive damages of $300,000.00 because of mental anguish and distress caused by the knowing and intentional discrimination/civil rights violations.

Signed on: 7/19/21
(date)

651 woodburn Rd.
Street Address

Brighton, IL 62612
City, State, Zip

Signature of Petitioner

Kyle W. Shirley
Printed Name

N/A
Signature of Attorney (if any)

(Rev. 4/2010)                                                    -4-



UNITED STATES
POSTAL SERVICE®  |  PRIORITY® MAIL

7020 3160 0001 0536 3230

Expected delivery date specified for domestic use.

Domestic shipments include up to $50 of insurance (restrictions apply).*

Tracking® included for domestic and many international destinations.

Limited international insurance.**

When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

S00001000014

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM:
K. SHIRLEY
657 Loogootee Rd
Bridgeport, IL 62628

TO:
Clerk of the Court
United States District Court
750 Missouri Ave.
East St. Louis, IL 62201

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service, May 2020. All rights reserved.



UNITED STATES
POSTAL SERVICE ®

PRIORITY ®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

RECEIVED
JUL 2 0 2021

VISIT US AT USPS.C
ORDER FREE SUPPLIES ON



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Kyle W. Shirley, a/k/a
Marlin B.,[1]
Complainant,

v.

Merrick B. Garland,
Attorney General,
Department of Justice
(U.S. Marshals Service),
Agency.

Request No. 2021001736

Appeal No. 2020005301

Agency No. USM-2020-00695

<u>DECISION ON REQUEST FOR RECONSIDERATION</u>

Complainant requested that the Equal Employment Opportunity Commission (EEOC or Commission) reconsider its decision in <u>Marlin B. v. Department of Justice</u>, EEOC Appeal No. 2020005301 (January 8, 2021). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision issued pursuant to 29 C.F.R. § 1614.405(a), where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. <u>See</u> 29 C.F.R. § 1614.405(c).

In his underlying complaint, Complainant alleged that the Agency subjected him to discrimination on the bases of disability and in reprisal for protected EEO activity when, on January 23, 2020, he was denied a retirement badge, credentials, and a Law Enforcement Officers Safety Act (LEOSA) identification card.

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

2                                                          2021001736

The Agency issued a final decision dismissing the complaint for untimely EEO Counselor contact. Complainant filed an appeal from the Agency's final decision. In our prior decision, the Commission affirmed the Agency's decision dismissing Complainant's complaint.

The Commission emphasizes that a request for reconsideration is not a second appeal to the Commission. Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110) (Aug. 5, 2015), at 9-18; see, e.g., Lopez v. Dep't of Agric., EEOC Request No. 0520070736 (Aug. 20, 2007). Rather, a reconsideration request is an opportunity to demonstrate that the appellate decision involved a clearly erroneous interpretation of material fact or law, or will have a substantial impact on the policies, practices, or operations of the Agency. Complainant has not done so here.

After reviewing the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(c), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 2020005301 remains the Commission's decision. There is no further right of administrative appeal on the decision of the Commission on this request.


## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.


## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests.

3                                                2021001736

Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).


FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations


<u>April 26, 2021</u>
Date

4                                                2021001736

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was made available to the parties.** I certify that on the date below this decision was provided to the following recipients via the means identified for each recipient:

Kyle W. Shirley
651 Woodburn Rd.
Brighton, IL 62012
Via U.S. Mail

Marcus Williams, Director, EEO Staff
Department of Justice
Office of General Counsel,
Via FedSEP


April 26, 2021
Date

Compliance and Control Division

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SHIRLEY, KYLE, W.

## DEFENDANTS
ATTORNEY GENERAL OF THE UNITED STATES MERRILE BRGARLAND DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, DONALD W. WASHINGTON

**(b)** County of Residence of First Listed Plaintiff   Macoupin County, Illinois
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washington DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government Plaintiff

❏ 3  Federal Question *(U.S. Government Not a Party)*

☒ 2  U.S. Government Defendant

❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care Pharmaceutical Personal Injury Product Liability |  |  | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine |  | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise |  |  | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
|  |  |  | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act |  | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee |  | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ☒ 442 Employment | ❏ 510 Motions to Vacate Sentence |  | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General |  |  |  |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** |  |  |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application |  |  |
|  | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions |  |  |
|  |  | ❏ 550 Civil Rights |  |  |  |
|  |  | ❏ 555 Prison Condition |  |  |  |
|  |  | ❏ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ❏ 2 Removed from State Court   ❏ 3 Remanded from Appellate Court   ❏ 4 Reinstated or Reopened   ❏ 5 Transferred from Another District *(specify)*   ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 C.F.R. 1607.11; Title VII of the Civil Rights Act of 1967, as amended, 42.U.S. C. 2000e-5, &/or 42 U.S. C. 1981
Brief description of cause:
The USMS/USDOJ discriminated against Mr. Shirley citing protected actions & actions which they allow from others

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   300,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____